AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boggs, Danny J. | Sixth Circuit Court of Appeals | 6/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

220 Gene Snyder United States Courthouse
601 West Broadway Street
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | Louis D. Brandeis American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 6/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Baltimore Law School | 1/22/2014 | Baltimore, MD | Law School Forum | Transportation, 1 days' food (no lodging) (stayed in ▓ apartment) |
| 2. | University of Pennsylvania Law School Federalist Society | 4/24//2014 | Philadelphia, PA | Speaker at Law School | Transportation, 1 days' food (no lodging) (stayed in ▓ apartment) |
| 3. | Federalist Society | 7/17/2014 | Washington, DC | Universty of Chicago Law Alumni Talk | Transportation, 1 days' food (no lodging) (stayed in ▓ apartment) |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boggs, Danny J.** | 6/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Loan Corp.,Wilkes Barre, PA | Student Loans | M |
| 2. | JP Morgan Chase, Louisville, KY | Mortgage on rental house in Bowling Green, KY | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 6/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/2 interest in rental house in Bowling Green, KY | B | Rent | L | Q | | | | | |
| 2. JP Morgan Chase Bank, Lou, KY (checking/ savings account) | A | Interest | L | T | | | | | |
| 3. Carriage house ▓▓▓▓ ▓▓▓▓ Louisville, KY | D | Rent | M | Q | | | | | |
| 4. IRA Account - JP Morgan Chase Bank, Louisville, KY SPDRs | B | Int./Div. | M | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. JP Morgan Chase IRA Account, Louisville, KY | C | Int./Div. | M | T | | | | | |
| 7. Penn Mutual Whole Life Policies | A | Dividend | K | T | | | | | |
| 8. Met Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 9. Pimco Strategic Global Fund | A | Dividend | J | T | Sold | 07/22/14 | J | A | |
| 10. TVA bonds (4.5%) | A | Interest | J | T | Redeemed | 01/07/14 | J | A | |
| 11. Freddie Notes/Freddie Mac (3.2-4.65%) | B | Interest | J | T | Redeemed | 06/16/14 | J | A | |
| 12. Long Term CD: GE Money Bank, Salt Lake City | A | Interest | J | T | Sold | 07/22/14 | J | A | |
| 13. Long Term CD: Goldman Sachs, New York | A | Interest | J | T | Sold | 07/22/14 | J | A | |
| 14. Wells Fargo Bank,CD | A | Interest | J | T | Redeemed | 03/17/14 | J | A | |
| 15. Western Asset High Income Fund | A | Dividend | J | T | Sold | 07/22/14 | J | A | |
| 16. Wells Fargo 4% Note | A | Interest | J | T | Sold | 07/22/14 | J | A | |
| 17. Vanguard Admiral Fla Long Term Tax exempt fund | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Municipal Tax Exempt fund | A | Dividend | J | T | | | | | |
| 19. Internotes of GE Capital Corp (4.35%) | A | Interest | J | T | Sold | 07/22/14 | J | A | |
| 20. Owensboro Electric Light and Power Bonds 0 %-2016 | A | Interest | J | T | Buy | 07/22/14 | J | | |
| 21. Boyd County School District Bonds 3.25%-2028 | A | Interest | J | T | Buy | 07/22/14 | J | | |
| 22. Fleming County School District Bonds 2%-2022 | A | Interest | J | T | Buy | 07/23/14 | J | | |
| 23. Union,KY Fire Protection District Bonds 2.25%-2024 | A | Interest | J | T | Buy | 07/23/14 | J | | |
| 24. GE Money Bank CD (X) | A | Interest | J | T | Sold | 07/22/14 | J | A | |
| 25. Laurel County School Disrict Bonds | A | Interest | J | T | Buy | 09/26/14 | J | | |
| 26. Owensboro KY Series B Bonds | A | Interest | J | T | Buy | 09/23/14 | J | | |
| 27. KY Interlocal School Transportation 2.625% | A | Interest | J | T | Buy | 09/04/14 | J | | |
| 28. KY Interlocal School Transportation 2.25% Bond | A | Interest | J | T | Buy | 09/04/14 | J | | |
| 29. 5/3d Bank chrcking account & CD (Y) | A | | J | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 6/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item VII. 1.   The appraisal on this house in Bowling Green, KY was done in 2013.

Item VII. 3.   Carriage house is part of a [          ] property [          ] is otherwise exempt from disclosure.   I am reporting this asset value as a proportionate share of the value of the whole property, as we received income from renting the carriage house.  The appraisal was done in 2011.

Item VII. 4.   JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipt and money market funds.

Item VII. 6.   JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipts, Israel Bonds, and money market funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 6/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Danny J. Boggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544